

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-22-00344-CR

Luis Carlos **MARTINEZ**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 144th Judicial District Court, Bexar County, Texas
Trial Court No. 2021CR6587
Honorable Michael E. Mery, Judge Presiding

BEFORE JUSTICE ALVAREZ, JUSTICE CHAPA, AND JUSTICE VALENZUELA

In accordance with this court's opinion of this date, this appeal is DISMISSED.

SIGNED June 7, 2023.

_____
Lori I. Valenzuela, Justice